IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | HON. KEITH GIBLIN |
|---|---|---|
| VS. | § | 1-21-CR-00025-1 |
| MIGUEL COBOS | § | |

## OPPOSED MOTION TO REOPEN DETENTION HEARING

MIGUEL COBOS moves the Court pursuant to 18 USC 3142 (f) to reopen his detention hearing for the purpose of admitting evidence contextualizing COBOS' statement that he had shot someone before.

This statement was intercepted over a Title III intercept. It was not from a post-arrest jail call. COBOS' home was broken into by Kenyon Harris on March 29, 2015. When Harris pointed a gun at Cobos, Cobos shot Harris in the hand. A DIMS summary of the incident is attached hereto as Exhibit 1. Harris subsequently plead guilty to the charge of burglary and received a 12 year aggravated sentence, See, Exhibit 2, Judgement and Sentence.

Counsel has subpoenaed the state's complete file of this incident. Because of its age, the file has been warehoused and has not been produced to date. Counsel will supplement with additional documentation when it is available.

Cobos prays that the Court permit him to reopen to submit this evidence and release him upon conditions of release. Cobos has no criminal history, is not a flight risk, and poses no danger to the community.

Respectfully Submitted,

/s/ Norman Silverman
Norman Silverman
TBA # 00792207
917 Franklin, 4th Floor
Houston, Texas 77002
(713) 526-1515
(713) 526-1798
lawyernorm@me.com
Attorney for Miguel Angel Cobos

## CERTIFICATE OF CONFERENCE

I, Norman Silverman, certify that on May 11, 2021 my office conferred with AUSA Donald Scott Carter who contacted Michelle Suzanne Englade regarding this motion to reopen detention hearing and is opposed to Counsel's filing.

/s/ Norman Silverman

## CERTIFICATE OF SERVICE

I certify that a copy of the following motion was sent to AUSA Michelle Suzanne Englade via electronic mail with this filing on this the 11th day of May 2021.

/s/ Norman Silverman