# EXHIBIT 1

From: **Rose, Brian** ROSE_BRIAN@dao.hctx.net 📎
Subject: **subp in Miguel Cobos fed case; for Keyon Harrison, 1462850;**
Date: **May 11, 2021 at 9:37 AM**
To: lawyernorm@me.com
Cc: **Tuck, Uriel** TUCK_URIEL@dao.hctx.net, donald.carter2@usdoj.gov, michelle.englade@usdoj.gov, **Hunter Simmons** hunter@simmonslawfirm.net

**Mr. Silverman,**

Per our telephone conversation just now I am forwarding to you with this email a copy of the Harris County District Attorney's Office Intake Management Systems (DIMS) Summary relating to State Vs. Keyon Harrison, Harris County cause number 1462850.  As I know you are aware, this is a factual summary written by the filing officer at the time of the filing of the criminal charge.  I'm pasting a copy of the summary below:

I, OFFICER S.J. SPURLOCK, AM AN INVESTIGATOR ASSIGNED TO THE HOUSTON POLICEDEPARTMENT ROBBERY DIVISION. I WAS ASSIGNED TO RESPOND TO A HOME INVASIONCASE AT 9531 SWAN POND CT, WHICH IS A RESIDENCE IN THE CITY OF HOUSTON, HARRIS COUNTY, TEXAS. COMPLAINANT MIGUEL COBOS STATED THAT HE WAS IN HIS BEDROOM WHEN HE HEARD A LOUD NOISE THAT TURNED OUT TO BE HIS DOOR BEING KICKED IN. HE SAID THAT HE HEARD A MALE ASSAULTING HIS COUSIN COMPLAINANT JAVIER HERNANDEZ, AND HE GRABBED HIS PISTOL FROM HIS NIGHT STAND AND WENT TOWARD THELIVING ROOM. MIGUEL SAID THAT HE SAW A MALE IN THE HALL ABOUT TO GO INTO HIS GARAGE, AND THIS MALE WAS HOLDING A PISTOL IN HIS RIGHT HAND. THE MALE WAS HOLDING THE DOOR KNOB FROM INSIDE TO THE GARAGE WITH HIS LEFT HAND, ANDWHEN MIGUEL YELLED OUT THE MALE TURNED AND POINTED HIS GUN TOWARD MIGUEL. MIGUEL AND THE SUSPECT EXCHANGED SEVERAL ROUNDS OFGUNFIRE, AND THE MALE WASSTRUCK BY AT LEAST ONE BULLET BEFORE RUNNING OUT OF THE HOUSE. I WAS ABLE TO FIND A TRAIL OF BLOOD FROM THE HOUSE TO WHERE A GET AWAY VEHICLE WAS BELIEVED TO BE PARKED, AND THE BLOOD WAS SPATTERED IN A WAY THAT INDICATED THEPERSON WAS RUNNING. PATROL UNITS HAD PREVIOUSLY CONTACTED DISPATCH AND ASKED ABOUT ANY HOSPITAL CHECKS, AND THEY LEARNED THAT A UNIT HAD BEEN DISPATCHED TO PEARLAND MEMORIAL HOSPITAL FOR A MALE WITH A GUNSHOT WOUND TO HIS LEFT HAND. THE MALE HAD BEEN BROUGHT IN BY A FRIEND WHO DID NOT STAY, AND HE WAS BEING TRANSFERRED TO SOUTHEAST MEMORIAL HOSPITAL. OFFICER NEALY, ALSO AROBBERY INVESTIGATOR, AND I WENT TO THE HOSPITAL TO INTERVIEW THE MALE WHOWAS IDENTIFIED AS KEYON HARRISON. KEYON WAS READ HIS STATUTORY WARNINGS ANDAGREED TO SPEAK WITH US, AND HE INITIALLY TOLD US IN THE INTERVIEW THAT HEHAD SHOT HIMSELF WHILE PLAYING WITH A FRIEND'S GUN. WE CONFRONTED HIM ABOUT THIS HOME INVASION, AND HE TOLD US THAT HE HAD GONE TO THE HOUSE TO GETREVENGE ON MIGUEL FOR "JUMPING" HIM AT MANVEL HIGH SCHOOL ABOUT A YEAR AGO. HE SAID THAT HE HAD FIGURED OUT WHERE MIGUEL LIVED AND WENT TO THE HOUSE TOROB HIM. KEYON SAID THAT HE WAS SHOT IN THE HAND IN THE HALLWAY, BUT THAT HE DIDN'T HAVE A GUN DURING THE ROBBERY. HE ALSO SAID THAT HE WAS NOT AWAREOF ANYONE ELSE BEING INJURED AND CLAIMED TO NO KNOW ANY OF HIS CO-ACTORS. HE GAVE DETAILS OF WHERE HE WENT IN THE HOUSE THAT ONLY SOMEONE PRESENT WOULD KNOW, SUCH AS THE LAYOUT OF THE HOUSE AND WHERE EVERYONE WAS DURING THE ROBBERY. ADA LOGA ACCEPTED CHARGES OF AGGRAVATED ROBBERY ON KEYON HARRISON.KEYON IS AT MEMORIAL HERMANN HOSPITAL SOUTHEAST IN ROOM 247. HE IS THE LONEOCCUPANT OF THE ROOM. KEYON'S DOCTOR IS DR LAPUERTA.

The date of the above described incident was March 30, 2015, and the criminal case was filed

The date of the above described incident was March 29, 2015, and the criminal case was filed March 30, 2015.  The case resulted in a criminal conviction on November 4, 2015.  Please note that I'm attaching to this email a copy of the judgment of conviction on this case as well.  Mr. Harrison was convicted of the felony offense of Burglary with intent to commit other felony.

Regarding production of the likely more detailed HPD offense report we are happy to do that and I have forwarded your subpoena for further processing in order to accomplish that.  This file is an old paper file at our warehouse and has been ordered.  Please let me know if you have any questions.

Best Regards,
Brian

**Brian L. Rose**
General Litigation Division Chief
Harris County District Attorney's Office
500 Jefferson Street, Ste. 600
Houston Texas, 77002
713.274.5816


PDF

CobosHarrisonJ
udgme...50.PDF