# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | HON. KEITH GIBLIN |
| VS. | § | 1-21-CR-00025-1 |
| MIGUEL COBOS | § | |

## ORDER ON MOTION TO REOPEN DETENTION HEARING

## ORDER

On this the _____ of _____ 2021, the court heard Defendant's opposed Motion To Reopen Detention Hearing. The court finds this motion should be: